# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-10594    USA v. Beard
                        USDC No. 3:20-CR-567-1

The court has considered the motion of Andrew Charles Beard to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Andrew Charles Beard may obtain all ex parte documents *filed on behalf of* Andrew Charles Beard, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Aaron Ray Clements
Mr. Brian W. McKay
Ms. Karen S. Mitchell